# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

JANINE RASPANTI                                  CIVIL ACTION

VERSUS                                           NO. 07-9061

MICHAEL J. ASTRUE.                               SECTION "K"(3)
COMMISSIONER OF SOCIAL
SECURITY ADMINISTRATION

## ORDER

The Court, having considered the petition, the record, the applicable law, the

Magistrate Judge's Report and Recommendation, and the failure of petitioner to file any objections

to the Magistrate Judge's Report and Recommendation, hereby approves the Magistrate Judge's

Report and Recommendation and adopts it as its opinion herein.  Accordingly,

**IT IS ORDERED** that the Commissioner's Motion for Summary Judgment (Doc. 14) is

**GRANTED**, plaintiff's Motion for Summary Judgment (Doc. 12) is **DENIED**, and plaintiff's

complaint is hereby **DISMISSED WITH PREJUDICE.**.

New Orleans, Louisiana, this 5th day of March, 2009

_____
STANWOOD R. DUVAL, JR.
UNITED STATES DISTRICT JUDGE